UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Brian C. Nicholas Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
Attorneys for M&T Bank

Case No: 23-17253 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:
Theresa C. Carrigan-Litzie

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 09/07/2023

/s/ *Denise Carlon*
Denise Carlon
07 Sep 2023, 12:28:57, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 588bca83525f673a91b0f299961b7c8ad7c4b4f9b1417a9f585b41999a151b0b